1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDE MILLER,

         Plaintiff,

 v.

MIKE POULOS, Warden,

        Defendant.

————————————————————/

No. C 09-04232 SBA (PR)

**ORDER OF TRANSFER**

     Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has been granted in forma pauperis status.

     When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b).

     The acts complained of occurred at the California Institution for Men, which is located in the Eastern Division of the Central District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See id.

     Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith.

     IT IS SO ORDERED.

DATED: 3/15/10

                          _Saundra B Armstrong_
                          SAUNDRA BROWN ARMSTRONG
                          United States District Judge

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   IN RE: CLAUDE MILLER,
                                                Case Number: CV09-04232 SBA
5                   Plaintiff,
                                                **CERTIFICATE OF SERVICE**
6       v.

7   IN RE: CLAUDE MILLER et al,

8                   Defendant.
    _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11
    That on March 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15  Claude Miller K83748
16  California Institute for Men State Prison
    P.O. Box 600
17  Chino, CA 91708

18  Dated: March 18, 2010
                                                Richard W. Wieking, Clerk
19                                              By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California